# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

## MINUTE SHEET OF PROCEEDINGS HELD
## IN A CIVIL PROCEEDING

NOVO NORDISK A/S, ET AL.,           )
                                    )
            Plaintiffs,             )
vs.                                 )   NO. CIV-24-0798-HE
                                    )
OPTIMED OF OKLAHOMA,                )
                                    )
            Defendant.              )

## CIVIL MOTION DOCKET

| **Judge Joe Heaton, Presiding** | Date and Time: **07/28/2025 @ 10:00 a.m. to 10:30 a.m.** <br> Total Time: **30 minutes** |
|---|---|
| Lisa Minter, Deputy Clerk | Emily Cripe, Court Reporter |

| **Appearances of Counsel for plaintiff:** | **Appearances of Counsel for defendant:** |
|---|---|
| Timothy Sullivan, Esq. | Failed to Appear |

**PROCEEDINGS**: Hearing held plaintiffs' motion for entry of default judgment [Doc. #41] filed 06/23/2025.

**Hearing Type**: ☒Oral Arguments; ☐ Non-Evidentiary; ☒ **Evidentiary**; ☐ Witness testimony heard; ☒ **Plaintiffs' Exhibits** 1, 2, 3, 4, 5, 6, and 7 admitted into evidence.

**Proceedings**: Counsel for the plaintiffs present. Defendant failed to appear. The court hears arguments from counsel. Plaintiffs' Exhibits 1 through 7 admitted into evidence. The court declines to rule on the motion from the bench. Written order to follow.

**Court Adjourned**.