## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NOVO NORDISK A/S and NOVO NORDISK, INC., | ) ) ) |
| Plaintiffs, | ) ) ) NO. CIV-24-798-HE |
| -vs- | ) ) ) |
| OPTIMED OF OKLAHOMA D/B/A BELLE VIE OF OKLAHOMA, | ) ) ) ) |
| Defendant. | ) |

## **DEFAULT JUDGMENT**

In accordance with the orders entered this date and on July 15, 2025, it is hereby **ORDERED** as follows:

1. Default judgment is entered against defendant Optimed of Oklahoma d/b/a Belle Vie of Oklahoma and in favor of plaintiffs Novo Nordisk A/S and Novo Nordisk, Inc.

2. Defendant has engaged in false and misleading advertising and promotion, in violation of 15 U.S.C. § 1125(a), and has engaged in unfair and deceptive trade practices under the Oklahoma Deceptive Trade Practices Act, 78 Okla. Stat. §§ 51-56. The acts of defendant were willful.

3. Defendant and its agents, servants, employees, successors, and assigns, and all other persons acting in concert with defendant, are permanently enjoined and restrained from:

a. using the Ozempic® and Wegovy® marks in any manner, including but not limited to (i) use in any manner that is likely to cause confusion or mistake, to deceive, or otherwise infringe plaintiffs' rights in the Ozempic® and Wegovy® marks in any way, or (ii) use in connection with the advertising, marketing, sale, or promotion of any Unapproved Compounded Drugs (as defined in plaintiffs' complaint); and,

b. advertising, stating, or suggesting that any Unapproved Compounded Drugs, including but not limited to any Unapproved Compounded Drugs that either are available, directly or indirectly from or through defendant or the use of which or access to which is facilitated by, or with the involvement of, defendant:

  i. are, or contain, genuine or authentic plaintiffs' Ozempic® or Wegovy® products;

  ii. are sponsored by or associated with plaintiffs;

  iii. are approved by the FDA; have been reviewed by the FDA for safety, effectiveness, or quality; or have been demonstrated to the FDA to be safe or effective for their intended use;

  iv. achieve or have been shown or proven to achieve certain therapeutic results, effects, or outcomes, including but not

     limited to by relying on or making reference to clinical trial results for plaintiffs' medicines;

   v. achieve or have been shown or proven to achieve therapeutic results, effects, or outcomes similar or identical to plaintiffs' medicines and/or interchangeable with or equivalent to genuine plaintiffs' medicines;

   vi. are associated or connected in any way with plaintiffs or plaintiffs' medicines; or

   vii. contain any ingredient (including but not limited to semaglutide) that is supplied by plaintiffs, is approved by the FDA, or is the same as any ingredient in any plaintiffs' medicine.

 c. engaging in any unfair and deceptive trade practices; and/or

 d. engaging in any deceptive acts or practices.

4. Defendant is required to disclose conspicuously and prominently in any public-facing materials for any Unapproved Compounded Drugs, including but not limited to all advertising, marketing, and promotional materials, that: (a) the Unapproved Compounded Drugs are compounded drugs that have not been approved by the FDA, have not been reviewed by the FDA for safety, effectiveness, or quality, and have not been demonstrated to the FDA to be safe or effective for their intended use; (b) the processes by which the compounded

drugs are manufactured have not been reviewed by the FDA; and (c) FDA-approved products containing semaglutide are available.

5. Plaintiffs shall recover from defendant the sum of $572,328.00, together with interest thereon from date of judgment until paid, said amount being the defendant's profits attributable to the false or deceptive practices ($190,776.00) trebled due to defendant's willfulness in accordance with 15 U.S.C. § 1117.

6. Plaintiffs shall recover from defendant the further sum of $59,837.50 as its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117.

7. Plaintiffs shall recover its costs in the amount of $605.00.

**IT IS SO ORDERED**.

Dated this 31st day of July, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE